**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7110**

GEORGE D. GATES,

             Petitioner - Appellant,

        v.

PATRICIA R. STANSBERRY, Warden; UNITED STATES PAROLE
COMMISSION,

             Respondents – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Liam O'Grady, District
Judge.  (1:07-cv-01212-LO-TCB)

Submitted: October 21, 2008        Decided: October 29, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George D. Gates, Appellant Pro Se.  Yiris E. Cornwall, Catherine
DeRoever Wood, Assistant United States Attorneys, Alexandria,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George D. Gates appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Gates' 28 U.S.C. § 2241 (2000) petition, and its orders denying Gates' motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons state by the district court. Gates v. Stansberry, No. 1:07-cv-01212-LO-TCB (E.D. Va. May 23, 2008; filed June 17, 2008; entered June 19, 2008; filed June 30, 2008; entered July 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED